# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| AMIN MAKIN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant. | Case No.  5:14-cv-02176-EJD<br><br>**ORDER TO SHOW CAUSE** |

On May 4, 2015, this court issued an order continuing the Case Management Conference in the above-entitled action to June 25, 2015, and requiring the parties to file a Joint Case Management Conference Statement on or before June 18, 2015.  See Docket Item No. 43.  The parties have not filed the requisite statement as of the date and time this order was filed.

Accordingly, the court hereby issues an order to show cause why this action should not be dismissed for failure to prosecute or for failure to comply with a court order.  If Plaintiff does not, by **June 25, 2015**, file or cause to be filed a Joint Case Management Conference Statement, the court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b).  No hearing will be held on the order to show cause unless otherwise ordered by the court.

In light of this order, the Case Management Conference scheduled for June 25, 2015, is VACATED and will be reset, if necessary, upon resolution of the issue addressed herein.

**IT IS SO ORDERED.**

Dated: June 19, 2015

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:14-cv-02176-EJD
ORDER TO SHOW CAUSE